UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. APPLEGATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS MORENO, JR.,<br><br>　　　　Defendant. | CASE NO. 1:15-cv-01473-LJO-MJS (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS NON-COGNIZABLE CLAIMS WITH PREJUDICE**<br><br>**(ECF No. 1)**<br><br>**FOURTEEN (14) DAY OBJECTION DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action initially was filed on May 29, 2015 in the Superior Court of California, County of Kings. (ECF No. 1.) Defendant removed the action to this Court on September 28, 2015. (Id.) Along with his notice of removal, Defendant asked that the Court screen Plaintiff's complaint and allow Defendant thirty days following the Court's screening order to respond to the complaint.

On May 20, 2016, the Court screened Plaintiff's complaint (ECF No. 1), and found that it stated the following cognizable claims for damages against Defendant Moreno: Eighth Amendment failure to protect, First Amendment retaliation, Bane Act, ordinary negligence, intentional infliction of emotional distress, and negligent infliction of emotional distress. However, the Court concluded that Plaintiff's remaining claims were

not cognizable. (ECF No. 8.) Plaintiff was given the option to either file an amended complaint or to proceed only on the claims found to be cognizable. (Id.) Plaintiff responded that he wished to proceed only on the cognizable claims. (ECF No. 9.)

Accordingly, it is HEREBY RECOMMENDED that:

1. Plaintiff proceed against Defendant Moreno on the following claims for damages: Eighth Amendment failure to protect, First Amendment retaliation, Bane Act, ordinary negligence, intentional infliction of emotional distress, and negligent infliction of emotional distress;

2. All other claims asserted in the complaint be dismissed with prejudice; and

3. Defendant be required to file an answer or motion within thirty (30) days from the date of adoption of these findings and recommendations.

The findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with the findings and recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." A party may respond to another party's objections by filing a response within fourteen (14) days after being served with a copy of that party's objections. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   June 2, 2016            /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE